**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-8494-RMM**

```
FILED BY_____MEE____D.C.

Jun 26, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB
```

**IN RE SEALED COMPLAINT**

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?_No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

JASON REDING QUIÑONES
UNITED STATES ATTORNEY

By:    _/s/ Vitaliy Kats_____
VITALIY KATS
Assistant United States Attorney
FL Bar 118748
500 South Australian Ave, Suite 400
West Palm Beach, Florida
Tel: (561) 209-1069
Email: vitaliy.kats@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Julio Tomas Ordonez | ) | Case No.  26-mj-8494-RMM |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

```
FILED BY____MEE____D.C.

Jun 26, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB
```

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 26, 2026_____ in the county of _____Palm Beach_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2) | Attempted Sex Trafficking of a Child |
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

NICHOLAS LOMBARDI

Digitally signed by
NICHOLAS LOMBARDI
Date: 2026.06.26
15:09:18 -04'00'

_____
*Complainant's signature*

Nick Lombardi, Special Agent HSI
_____
*Printed name and title*

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Date: ___6/26/26___

_____
*Judge's signature*

City and state: _____West Palm Beach, FL_____      Ryon M. McCabe, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Nicholas Lombardi, Special Agent of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), being duly sworn, depose and state under oath that:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code. I am authorized by law to conduct criminal investigations and make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I also am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), and have served in this role since April 2024. In this capacity, my duties include investigating federal criminal offenses in the Southern District of Florida and throughout the United States. Prior to serving as a Special Agent, I was employed by the Cleveland Police Department for more than ten years as a law enforcement officer. I served five years in the uniformed division followed by five years as a plainclothes detective assigned to the Third District Vice Unit and the Gang Impact Unit.

2. During my career as a law enforcement officer, I have investigated and participated in the investigation of cases involving homicide, aggravated assault, robbery, burglary, narcotics trafficking, and organized criminal gangs. I have conducted long-term investigations into criminal enterprises and their members using surveillance and covert techniques to identify criminal activity and collect evidence. I have executed and assisted in executing numerous search warrants that resulted in the seizure of contraband, weapons, narcotics, and instrumentalities of various crimes. I also have interviewed hundreds of offenders, witnesses, and victims, including individuals who admitted involvement in the crimes under investigation.

1

3.  I successfully completed the Criminal Investigator Training Program and the HSI Special Agent Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. The training included extensive coursework on customs law, immigration violations, narcotics investigations, cybercrimes, financial investigations, child exploitation, weapons trafficking, organized crime, and human trafficking.

4.  This affidavit is submitted in support of a criminal complaint and arrest warrant charging Julio Tomas ORDONEZ (hereinafter "ORDONEZ") with: (1) Attempted Sex Trafficking of a Child in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2); and (2) Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. 2422(b).

5.  The information contained in this affidavit is based on my personal knowledge, training, and experience, as well as information provided to me by other law enforcement officers assisting with this investigation. This affidavit does not include every fact known to me concerning this investigation, but only those facts necessary to establish probable cause for the arrest of Julio Tomas ORDONEZ.

## FACTS AND CIRCUMSTANCES

6.  Beginning on or about June 2026, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used for commercial sex acts. The Advertisement indicated that its poster was in the area of West Palm Beach, Florida. The Advertisement contained an image of what appeared to be a young female and the following language:

Yummy (water emoji) (water emoji) (water emoji) Available Now

Age: 87

I am: a woman

I see: men only

Incall/Car date

Hit me up

2

7. The Advertsiment indicated that the person who was available for "Incall/Car date," which are terms commonly used in commercial sex acts for arranging a meeting to engage in sex acts, and was 87 years old.[1] The advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement monitored this line, and an undercover agent ("UC1") used it to communicate with potential sex buyers, including ORDONEZ.

8. ORDONEZ communicated with UC1 using a phone number ending in 4726. On June 25, 2026, the Advertisement Number received text messages from this number (the "4726 number"). Subsequently, UC1 and ORDONEZ engaged in the following text conversation:

| Direction | Content |
|---|---|
| ORDONEZ | Hi sweetie |
| ORDONEZ | Hi sweetie |
| UC1 | Hi babe |
| ORDONEZ | What's your rates love please |
| UC1 | Qc is 120 shes young |
| ORDONEZ | Can I see a picture love please |
| UC1 | Pics are in the ad but we can ft to verify |
| ORDONEZ | Cool love what's your address |
| UC1 | Shes 15 babe is that cool w/ u |
| ORDONEZ | Really where she from love |
| UC1 | Shes my hg I just help her out |
| ORDONEZ | Yes I understand so where she from love |
| UC1 | Wym babe |
| UC1 | Shes from lake worth |
| ORDONEZ | Cool your not a police right |
| UC1 | No babe r u |
| ORDONEZ | No love send me the address |
| UC1 | What are u looking for tho..i gotta make sure shes comfortable with it |
| ORDONEZ | Well to have fun you know love |
| UC1 | Yea babe I want u both to have fun |
| UC1 | But shes not into everything |
| ORDONEZ | What do you mean she don't like all guys |
| UC1 | No babe I mean shes 15 so shes not into Greek and shit that hurts |

---

[1] The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

3

| | |
|---|---|
| UC1 | So if that's what ur looking for we will pass |
| ORDONEZ | No baby no anal just normal sex love |
| ORDONEZ | I don't like that too |
| ORDONEZ | ? |
| ORDONEZ | |
| ORDONEZ | I just tried to facetime u but u don't have ft |
| ORDONEZ | |
| ORDONEZ (call) | |
| UC1 | I tried calling, u wasting my time? |
| ORDONEZ | Sorry love I did called you too and I was in the shower |
| UC1 | Ok well lmk when ur serious babe |
| ORDONEZ | I am serious boo just take a shower |
| ORDONEZ | You need to veryify or we can meet there |
| UC1 | Im not getting robbed babe gotta see u first |
| ORDONEZ | I understand bb |
| ORDONEZ | You take cash love |
| UC1 | Yea babe |
| ORDONEZ | No deposit love |
| ORDONEZ | Or cash in hand |
| UC1 | Yea cash |
| ORDONEZ | Cool are you in lake worth because if it far I cant go love |
| UC1 | Wpb/greenacres |
| ORDONEZ | That's cool |
| ORDONEZ | Call me |
| ORDONEZ | You have a place right |
| UC1 | Yea |
| ORDONEZ | Cool baby |
| UC1 | Dude whats up I just called u |
| ORDONEZ | Oh it's a different number right |
| UC1 | Yeah its my real phone not my text number |
| ORDONEZ | Oh okay |
| ORDONEZ | I did not know |
| UC1 | U wanna talk or what |
| ORDONEZ | Yes |
| ORDONEZ | Address love |
| ORDONEZ | ? |

9. During the text communications, ORDONEZ attempted to initiate several video calls with UC1.

4

10. On June 25, 2026, a video call occurred between ORDONEZ, UC1, and the fictious 15-year-old (UC2).[2] UC1 conducted the call to ORDONEZ by calling the number ending in 4726. During the video call, ORDONEZ saw UC2 and, upon observing her, gave a smile and thumbs up.

11. UC1 informed ORDONEZ that UC2 was 15 years old, and that he (ORDONEZ) could not perform anal sex or leave scratches or marks on her. ORDONEZ acknowledged these admonishments by again giving a thumbs up. UC1 and ORDONEZ agreed to pay in cash for the commercial sex act with UC2 and he affirmed that he would bring condoms.

12. On June 25, 2026, ORDONEZ arrived at a predetermined location in the greater West Palm Beach area. Shortly after ORDONEZ's arrival, he was taken into custody by law enforcement officers. After a search incident to arrest, ORODONEZ was found to be in possession of $120, the exact amount which was agreed upon for the commercial sex act. He also was found to be in possession of two (2) condoms and a cellphone. UC1 subsequently called the 4726 number, which ORDONEZ had used to communicate with UC1. Once the number was called, law enforcement observed the cellphone in his possession ring.

13. During a post-arrest interview, ORDONEZ was advised of his *Miranda* rights and agreed to speak with law enforcement. Although ORDONEZ communicated with UC1 in English, he requested that the interview be conducted in Spanish.

14. ORDONEZ admitted to using the 4726 phone number to communicate with the Advertisement Number. ORDONEZ acknowledged that the girl in the advertisement was 15 years old and expressed interest in engaging in sexual activity with her. ORDONEZ referred to UC1 as a woman and the 15-year-old girl (UC2) as "*muchacha*." ORDONEZ stated that he has been in the United States for several years and admitted that, while in the United States, he has used the

---

[2] UC2 is an adult that was posing in an undercover capacity as a 15-year-old teenager.

website where the advertisement was posted and admitted to engaging in sex acts with individuals from the site over 100 times. ORDONEZ also acknowledged that he arrived at the meeting location with $120 and condoms as discussed for the purpose of engaging in sex acts. ORDONEZ further stated that in Guatemala, where he is from, it is acceptable to have sex with young girls.

## CONCLUSION

15. Based on the foregoing, I respectfully, submit that there is probable cause to support a criminal complaint charging ORDONEZ with: (1) Attempted Sex Trafficking of a Child in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2); and (2) Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. 2422(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully submitted,

NICHOLAS LOMBARDI

Digitally signed by NICHOLAS LOMBARDI
Date: 2026.06.26 15:15:01 -04'00'

Nicholas Lombardi, Special Agent
Homeland Security Investigations (HSI)

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, on this ___26___ day of June 2026, at West Palm Beach, Florida

HONORABLE RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Julio Tomas Ordonez

**Case No**: 26-mj-8494-RMM

**Count 1**

Attempted Sex Trafficking of a Child

18 U.S.C. §§ 1594(a), 1591(a)(1), and 1591(b)(2)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Minimum 5 years to life
* **Max. Fine:** $250,000
* **Special Assessment**: $100.00

**Count 2**

Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity

18 U.S.C. § 2242(b)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Minimum 5 years to life
* **Max. Fine:** $250,000
* **Special Assessment**: $100.00

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.